**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JS-6/ent

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 07-5717 JFW**
            **[CR 00-1025 NM]**                          Date:  January 10, 2008

Title:      UNITED STATES OF AMERICA -v- MARICO M. LAFLORA

**PRESENT:**
            **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

            **Shannon Reilly**                    **None Present**
            **Courtroom Deputy**                  **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                         None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER GRANTING GOVERNMENT'S MOTION TO**
                                    **DISMISS [filed 11/29/07; Docket No. 28]**

                                    **ORDER DISMISSING PETITIONER'S 28 U.S.C. § 2255**
                                    **MOTION TO VACATE, SET ASIDE, OR CORRECT**
                                    **SENTENCE BY A PERSON IN FEDERAL CUSTODY**
                                    **[filed 8/31/07; Docket No. 1]**

       On August 31, 2007, Petitioner Marico M. LaFlora ("Petitioner") filed a Motion under 28
U.S.C. Section 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody
(the "Petition").  On October 2, 2007, the Court issued an Order directing the Government to file a
response to the Petition no later than December 3, 2007.

       On November 29, 2007, instead of filing a response to the Petition, the Government filed a
Motion to Dismiss the Petition on the grounds that each of Petitioner's claims is time-barred.  On
December 3, 2007, the Court issued an Order directing Petitioner to file an Opposition to the
Government's Motion to Dismiss no later than December 28, 2007.

       As of the date of this Order, January 10, 2008, Petitioner has failed to file an Opposition to
the Government's Motion to Dismiss.  Local Rule 7-12 provides that "[t]he failure to file any
required paper, or the failure to file it within the deadline, may be deemed  consent to the granting .
. . of the motion."  Local Rule 7-12.  Accordingly, pursuant to Local Rule 7-12, the Court deems
Petitioner's failure to file an Opposition to the Government's Motion to Dismiss as consent to the
granting of the Government's Motion.  Notwithstanding Petitioner's failure to file an Opposition, the
Court has independently considered the Government's Motion and rules as follows:

Initials of Deputy Clerk  sr

Pursuant to 28 U.S.C. § 2255, Petitioner was required to file his Petition no later than one year after "the date on which the judgment of conviction becomes final."  28 U.S.C. § 2255. Petitioner waited nearly six years after his judgment of conviction became final to file the present Petition.  As a result, the Petition is time-barred.

Accordingly, the Government's Motion to Dismiss the Petition is **GRANTED**.  Petitioner's Motion under 28 U.S.C. Section 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is **DISMISSED**.

IT IS SO ORDERED.

The Clerk shall serve a copy of this Minute Order on all parties to this action.

Initials of Deputy Clerk _sr_